Leda M. Pojman
Senior Assistant Attorney General
Office of Attorney General; Criminal Division
123 State Capitol Building
Cheyenne, WY 82002
(307) 777-7977

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| IRA TUCKER, ) | |
|     Petitioner, ) | |
| vs. ) | Case Number 10-CV-206-ABJ |
| ) | |
| MICHAEL MURPHY, Warden, Wyoming ) | |
| Medium Correctional Institution, et al., ) | |
| ) | |
|     Respondents. ) | |

### ENTRY OF APPEARANCE

Leda M. Pojman, Senior Assistant Attorney General for the State of Wyoming, enters her appearance as an attorney of record for Respondents in the above entitled matter and, FURTHER, provides the Court and Clerk with her name and address as the attorney of record for Respondents in this particular matter involving the Petitioner, Ira Tucker, docketed as 10-CV-206-ABJ, on his Petition for Writ of Habeas Corpus Pursuant to 28 USC § 2254.

DATED this 27th day of October, 2011.

/s/Leda M. Pojman
Leda M. Pojman
Senior Assistant Attorney General
Wyoming Attorney General's Office
123 Capitol Building
Cheyenne, WY 82002
(307) 777-7977

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2011, the foregoing ENTRY OF APPEARANCE was served via the United States Mail, stamped, postage prepaid envelope, addressed to the following individual(s):

Ira G. Tucker #25535
WMCI
7076 Road 55F
Torrington, WY 82240

The undersigned also certifies that all required privacy redactions have been made and, with the exception of those redactions, every document submitted in digital form or scanned .pdf is an exact copy of the prepared written document, and that the document has been scanned for viruses and is free of viruses.

/s/Wyoming Attorney General's Office
Wyoming Attorney General's Office